REC'D AUG 1 5 2025

Martin J. Lee
1627 Woodbrook Lane
Phila. Penna. 19150
215-526 8014
Martinlee229@yahoo.com


Clerk of Court
United States District Court
Eastern District of Pennsylvania
601 Market Street   2609
Philadelphia, Penna. 19106

Re: Filing of Civil Complaint—Martin J. Lee V Author's Tranquility Press

Dear Clerk of Court

I am submitting the following documents for filing in the above referenced Civil action:

1) Pro Se ! Complaint for a civil case
2) Civil Cover Sheet   (Form JS44)
3) Summons in a civil action ( form AO 440
4) request for waiver of fees and costs

Please file these documents and assign a case number. I respectfully request that the summons be issued so that I may proceed with service upon the defendant


Thank you sincerely



Martin J. Lee

STATEMENT OF CLAIM Cont:

DAMAGES: Plaintiff seeks damages in excess of $ 2,000,000 U.S.D. including
$1,700,000 from Author's Tranquility Press for Fraud, Breach of Contract, Libel and Emotional distress
$100,000 from each individual employee named as a defendant for their personal roles in the Harassment and fraudulent conduct during the supposed discharge of their duties
6) RELIEF REQUESTED: Plaintiff respectfully request compensatory damages in excess of $2,000,000 (2 Million) U.S.D. Punitive damages as appropriate injunctive relief to prevent further harassment. Any other relief the court deems just and proper.

# UNITED STATES DISTRICT COURT
for the
EASTERN District of Pennsylvania
Division

MARTIN JOSEPH LEE

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Ms LILY Oliver
MR PAVen Miller
MR STAN Gomez
Author's Tranquility Press

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☐ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: MARTIN J. LEE
Street Address: 1627 WOODBROOK LANE
City and County: Philadelphia
State and Zip Code: Pennsylvania 19150
Telephone Number: 215-526-8014
E-mail Address: MARTINLEE2890@yahoo.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* MARTIN J. LEE, is a citizen of the State of *(name)* Pennsylvania.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation
The defendant, *(name)* Author's Tranquility Press, is incorporated under the laws of the State of *(name)* GEORGIA, and has its principal place of business in the State of *(name)* GEORGIA.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Plaintiff seeks damages in excess of 2 million dollars for fraud, harassment, emotional distress, libel and breach of contract. The amount includes claims against Authors Tranquility Press and each individual named in complaint.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Statement of Claim:  1) Parties Involved Plaintiff Martin J. Lee is an individual residing in Philadelphia Pennsylvania. Defendant: Authors Tranquility Press is a publishing and Marketing company headquartered in Atlanta Georgia engaged in providing promotional services to Authors. Additional defendants include individual employees of Author's Tranquility Press whose names and roles will be specified in the complaint.

2) Jurisdiction and Venue

This court has jurisdiction pursuant to 28 U..S.C. 1332 as the amount in controversy exceeds $75.000 and there is complete diversity between the parties. Venue is proper under 28 U.S.C. 1391 because the events giving rise to the claim occurred within this district and the defendants conduct business there.

3) Factual Background

Plaintiff entered into a contractual agreement with Author's Tranquility Press for the purpose of creating a website, promoting and marketing his published works. Plaintiff paid substantial fees for services. Despite repeated assurances the services were grossly misrepresented and/or executed in a fraudulent and deceptive manner.

Plaintiff received harassing communications, including coercive Emails and Phone calls fraudulently stating that they were other than themselves and that they were employees of a different publishing company. Continually pressuring the plaintiff to pay additional fees under false pretenses. These communications caused emotional distress and disrupted the plaintiffs creative and professional pursuits. The plaintiff has retained recordings, Emails, and other documentation evidencing the fraudulent conduct and the illegal persistent harassment.

4) Causes of Action

Plaintiff asserts the following Causes of Action:

FRAUD Defendants knowingly made false representation with intent to deceive plaintiff and induce payment.

BREACH OF CONTRACT: Defendants failed to perform agreed-upon services despite receiving payment.

HARASSMENT and EMOTIONAL DISTRESS: Defendants engaged in a pattern of coercive and abusive behavior causing psychological harm.

LIBEL: Defendant accused the plaintiff of lying and wrote an in house circulated Email stating the plaintiffs allegations were unfounded-even after plaintiff provided proof substantiating his allegations

UNJUST ENRICHMENT: Defendants retained funds without providing the promised value of service.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

MARTIN J. LEE
1627 WOODBROOK LANE
PHILA, PA 19150
PRO SE PLAINTIFF
*Plaintiff(s)*

v.

RAVEN MILLER
LILY OLIVER
STAN GOMEZ
Author Tranquility Press
*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Author's Tranquility Press
3800 Camp Creek PKWY
SW Bldg 1400-116 #1255
Atlanta, GA 30331-6045

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
MARTIN J. LEE
Pro Se Plaintiff
1627 WOODBROOK LANE
PHILA, PENNA. 19150
MARTINLEE229 AT YAHOO.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
  Name: Author Tranquility Press
  Job or Title (if known): Company
  Street Address: 3800 Camp Creek Pkwy SW Bldg 1400-1600 #1255
  City and County: Atlanta, GA
  State and Zip Code: 30331-6045
  Telephone Number: 866-411 8655
  E-mail Address (if known):

Defendant No. 2
  Name: Lily Oliver
  Job or Title (if known): c/o Author's Tranquility Press
  Street Address: 3800 Camp Creek Pkwy SW Bldg 1400-1600 #1255
  City and County: Atlanta
  State and Zip Code: Georgia 30331-6045
  Telephone Number: 866-411 8655
  E-mail Address (if known):

Defendant No. 3
  Name: Stan Gomez
  Job or Title (if known): c/o Authors Tranquility Press
  Street Address: 3800 Camp Creek Pkwy SW Bldg 1400-1600 #1255
  City and County: Atlanta
  State and Zip Code: Georgia, 30331-6045
  Telephone Number: 866-411 8655
  E-mail Address (if known):

Defendant No. 4
  Name: Raven Miller - Mgr
  Job or Title (if known): c/o Authors Tranquility Press
  Street Address: 3800 Camp Creek Pkwy SW Bldg 1400-1600 #1255
  City and County: Atlanta
  State and Zip Code: Georgia 30331-6045
  Telephone Number: 866-411 8655
  E-mail Address (if known):

THE DEFENDANTS

    1) Ms. Lily Oliver, the defendant is a citizen of the State of Georgia

    2) Mr. Stan Gomez the defendant is a citizen of the state of Georgia

    3) Mr. Raven Miller the defendant is a citizen of the state of Georgia

    4) Author's Tranquility Press The company is headquartered in the State of Georgia.

Defendants for Lawsuit

    Martin J. Lee- Plaintiff V Defendant:  Author's Tranquility Press
                                Defendant: Ms. Lily Oliver
                                Defendant; Mr. Raven Miller-Mgr.
                                Defendant Mr. Stan Gomez

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/13/25

Signature of Plaintiff: *Martin Joseph Lee*
Printed Name of Plaintiff: MARTIN JOSEPH LEE

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

THE DEFENDANTS

    1) Ms. Lily Oliver, the defendant is a citizen of the State of Georgia

    2) Mr. Stan Gomez the defendant is a citizen of the state of Georgia

    3) Mr. Raven Miller the defendant is a citizen of the state of Georgia

    4) Author's Tranquility Press The company is headquartered in the State of Georgia.

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** MARTIN J. LEE

**DEFENDANTS** Ms Lily Oliver, Mr. Stan Gomez, Mr. Raven Miller, Author's Tranquility Press, Atlanta

(b) County of Residence of First Listed Plaintiff: Philadelphia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Atlanta
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State (Pennsylvania) | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State (Georgia) | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☒ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☒ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☒ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☒ 480 Consumer Credit
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
28 U.S.C. § 1331; 15 U.S.C. § 45 (FTC Act); 18 U.S.C. § 1341 / §1343
Brief description of cause:
Fraud, Breach of Contract, Harassment causing Emotional Distress

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 2,000,000 plus Cost & Interest
CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD: N/A

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____